Official Form 1 (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ibarras Cement Company, an Illinois Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**20-0676552** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3712 NW Highway**<br>**Crystal Lake, IL**<br>ZIP Code **60014** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**.**<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **3712 NW Highway**<br>**Crystal Lake, IL 60014** |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☒ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ☒ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ☒ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (10/06)**                                                                                                    **FORM B1**, Page 2

| # Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Ibarras Cement Company, an Illinois Corporation** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　　(Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

　☐ Yes, and Exhibit C is attached and made a part of this petition.

　■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

　■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

　☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

　☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

　☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　　　_____
　　　　(Name of landlord that obtained judgment)


　　　　_____
　　　　(Address of landlord)

　☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

　☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                                 FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Ibarras Cement Company, an Illinois Corporation**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Attorney

X **/s/ Deborah K. Ebner**
Signature of Attorney for Debtor(s)

**Deborah K. Ebner 6181615**
Printed Name of Attorney for Debtor(s)

**Law Office of Deborah K. Ebner**
Firm Name

**11 East Adams Street 8th Floor**
**Chicago, IL 60603**

Address

**Email: dkebner@deborahebnerlaw.com**
**312-922-3838  Fax: 312-922-8722**
Telephone Number

**April 12, 2007**
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Leonardo Ibarra**
Signature of Authorized Individual

**Leonardo Ibarra**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 12, 2007**
Date

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ibarras Cement Company, an Illinois Corporation**                          ,       Case No. _____

                                                                    Debtor

                                                                                                Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,659,295.41 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 30,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 61,881.28 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 3,377,673.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 2,659,295.41 | | |
| Total Liabilities | | | | 3,469,554.44 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ibarras Cement Company, an Illinois Corporation** _____,    Case No. _____

Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6A
(10/05)

In re   **Ibarras Cement Company, an Illinois Corporation**                                    ,        Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re  **Ibarras Cement Company, an Illinois Corporation**                                    ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **bank account s- Chase (last four digits 5154) ending balance as sof 12/30/06 -** | - | 6,472.37 |
| | | **account number  - last four digits - 5600 - balance (159.00)** | | |
| | | **acct. Number -          "          5154 -- $6,455.38** | | |
| | | **acct number -          "          5543 ---- $ 16.99** | | |
| | | **Baxter Credit Union - 400 North Lakeview Parkway Vernon Hills, Illinois 60061 (savings )** | - | 5.00 |
| | | **Baxter Credit Union - Vendor account** | - | 0.00 |
| | | **Baxter Credit Union - payroll account** | - | 0.00 |
| | | **CHecking account - Washington Mutual -** | - | 209.62 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >          6,686.99
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Ibarras Cement Company, an Illinois Corporation**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Accounts receivable due Ibarras Cement as of April 2007 : ledger to be tendered to Trustee at 341 meeting.** | **-** | **2,089,769.10** |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >    **2,089,769.10**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re **Ibarras Cement Company, an Illinois Corporation** ,   Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Mechanic Lien rights recorded against various jobs in the counties of Cook and Will. ( amounts reflected below are approximate.)** | - | 344,032.32 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Trucks and trailers with approximate fair market value of $141,800.00 - located at 3712 NW Highway Crystal Lake, Illinois 60014** | - | 141,000.00 |
| | | **Two ---- 2005 F150 trucks (value referenced below is approximation based upon purchase price of approximately $24,000 per vehicle)** | - | 32,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **two desks, two computers, copier, four chairs and file cabinets.** | - | **Unknown** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Two sets of concrete forms - value reflected below is debtor's approximation** | - | 40,000.00 |
| | | **Tools, including hammers, saws, welding machine, candy machine - value reflected below is approximate** | - | 5,807.00 |

Sub-Total >   562,839.32
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re    **Ibarras Cement Company, an Illinois Corporation**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **0.00**
(Total of this page)

Total >     **2,659,295.41**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6D (10/06)

In re   **Ibarras Cement Company, an Illinois Corporation**                    Case No. _____
_____,
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**American Chartered Bank**<br>**932 West Randolph Street**<br>**Chicago, IL 60607** | | - | | | | | | | |
| | | | | Value $                **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Ford Motor Credit Company**<br>**P.O. Box 6508**<br>**Mesa, AZ 85216** | | - | | **Two ---- 2005 F150 trucks (value referenced below is approximation based upon purchase price of approximately $24,000 per vehicle)** | | | | | |
| | | | | Value $                **32,000.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**Fox Valley Laborers' Health and Wel**<br>**c/o Michele M. Reynolsd**<br>**8 South Michigan Avenue,  19th Floo**<br>**Chicago, IL 60603** | | - | | **UCC** | | | | | |
| | | | | Value $                **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Komatsu Financial Limited Partnersh**<br>**POB 99303**<br>**Chicago, IL 60693-9309** | | - | | **UCC**<br><br>**Two backhoes** | | | | | |
| | | | | Value $                **Unknown** | | | | **0.00** | **Unknown** |

____**1**____  continuation sheets attached

Subtotal
(Total of this page)

| **0.00** | **0.00** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation**        ,    Case No. _____

_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | UCC | | | | | |
| McCann Industries, Inc. c/o Nigro & Westfall, P.C. 1793 Bloomingdale Road Glendale Heights, IL 60139 | - | | | | | | | |
| | | | Value $        **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. xxx-xxxxxx7-001 | | | UCC | | | | | |
| Stearns Bank, N.A. P.O. Box 750 500 13th Street Albany, MN 56307 | - | | Two bobcat tractors - value is an approximation.($10,000.00 per item) | | | | | |
| | | | Value $        **20,000.00** | | | | **30,000.00** | **10,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **30,000.00** | **10,000.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **30,000.00** | **10,000.00** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6E (10/06)

In re    **Ibarras Cement Company, an Illinois Corporation**                          ,    Case No. _____
                                                            Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Official Form 6E (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation** ,          Case No. _____

                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carpenters Pension Fund** <br> **c/o Whitfield & McGann** <br> **111 E. Wacker Drive, Suite 2600** <br> **Chicago, IL 60601** | - | | | | | | **11,500.00** | **Unknown** <br><br> **Unknown** |
| Account No. <br><br> **Cement Masons,  rep. Donald D. Schw** <br> **19 West Jackson Blvd** <br> **Chicago, IL 60660** | - | | | | | | **29,300.00** | **Unknown** <br><br> **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **40,800.00** | **0.00** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (10/06) - Cont.

In re  **Ibarras Cement Company, an Illinois Corporation**                                    ,    Case No. _____
                                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx187-9** <br><br> **Illinois Department of Employment 260 East Indian Trail Rd Aurora, IL 60505** | - | | | **April 2004** <br><br> **employer contributions** | | | | **21,081.28** | **0.00** <br><br> **21,081.28** |
| Account No. <br><br> **United States Dept. of Treasury P.O. Box 55 Washington, DC 20044** | - | | | **claim amounts are estimated by client Estimated taxes 400,000.** | | | | **Unknown** | **Unknown** <br><br> **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet _**2**_ of _**2**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** **21,081.28** | **21,081.28** |
| Total (Report on Summary of Schedules) | **0.00** **61,881.28** | **21,081.28** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06)

In re **Ibarras Cement Company, an Illinois Corporation**                          Case No. _____

,

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | 8/11/06 thru 10/15/06 | | | | | | | |
| **Accountemps** **12400 Collections Center Drive** **Chicago, IL 60693** | - | | | | | | | | **5,936.81** |
| Account No. | | 5/31/06 | | | | | | | |
| **Adams Steel Service Inc.** **3003 West Route 120** **Mchenry, IL 60050** | - | | | | | | | | **158.16** |
| Account No. | | 5/06 thru 1/31/07 | | | | | | | |
| **Alexander Lumber Co.** **100 Barney Drive** **Joliet, IL 60435** | - | | | | | | | | **5,271.63** |
| Account No. | | rent and late charges - December 2006 through March 2007 | | | | | | | |
| **Algonquin Township** **3702 US Highway 14** **Crystal Lake, IL 60014** | - | | | | | | | | **13,160.00** |

|  | Subtotal (Total of this page) | **24,526.60** |
|---|---|---|

__19__  continuation sheets attached

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation** , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xx40.00M** <br><br> **Allocco & Miller** <br> **3409 North Paulina Street** <br> **Chicago, IL 60657** | - | | | **2/9/06 thru 1/31/07** <br> **professional services rendered** | | | | **9,832.73** |
| Account No. <br><br> **Armark Uniform Service** <br> **P.O. Box 7177** <br> **Rockford, IL 61126** | - | | | **10/30/06 thru 1/29/07** | | | | **677.84** |
| Account No. <br><br> **AT&T** <br> **P.O. Box 9001310** <br> **Louisville, KY** | - | | | **telephone service** | | | | **223.89** |
| Account No. <br><br> **Barge Terminal Trucking, Inc.** <br> **c/o Timothy J. Edmier** <br> **2222 Chestnut Avenue,  Suite 201** <br> **Glenview, IL 60026** | - | | | **10/10/06** <br> **business expenses** | | | | **197,074.00** |
| Account No. <br><br> **Barnes Distribution** | - | | | **3/27/06 thru 8/28/06** | | | | **1,743.08** |

Sheet no. __**1**___ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**209,551.54**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Ibarras Cement Company, an Illinois Corporation**                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Beverly Materials** | - | | | | | | 3,697.81 |
| Account No.  **Boncosky Oil Co. 739N. State Street Elgin, IL 60123** | - | | 5/30/06 thru 9/30/06 | | | | 56,437.06 |
| Account No.  **Botts Welding & Trk Service P.O. Box 430 Woodstock, IL** | - | | 4/4/06 thru 1/27/06 | | | | 587.14 |
| Account No.  **Carpenters Pension Fund c/o Whitfield & McGann 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601** | - | | 04/06 thru 8/06 fringe benefit contributions | | | | 11,166.10 |
| Account No.  **Catom Trucking, Inc c/o Bernard K. Weiler, Mickey, Wils 2111 Plum Street, Suite 201 Aurora, IL 60506** | - | | May 12 and June 22, 2006 trucking services to move several backhoes | | | | 6,358.00 |

Sheet no. __2__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    78,246.11

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation**                                ,    Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | **1/10/2007** **Liability from prior business operation** | | | | |
| **Cement Masons Pension Funds** **c/o Donald Schwartz - Arnold & Kadj** **19 West Jackson** **Chicago, IL 60604** | | | | | | | | 29,300.00 |
| Account No. **xxx4746** | | - | | **phone services** | | | | |
| **Cingular Wireless-Chicago** **c/o Bureau of Collection Recovery,** **7575 Corporate Way** **Eden Prairie, MN 55344** | | | | | | | | 585.06 |
| Account No. **xxx5231** | X | - | | **12/06** **rental and insurance** | | | | |
| **Citicorp Vendor Finance, Inc.** **P.O Box 7247-0322** **Philadelphia, PA 19170-0322** | | | | | | | | 1,191.55 |
| Account No. | | - | | **8/7/06** | | | | |
| **Construction Testing Service** | | | | | | | | 195.00 |
| Account No. | | - | | **4/4/06 thru 1/4/07** | | | | |
| **Contractors Adjustment Co.** **570 Lake Cook Road** **Suite 305** **Deerfield, IL 60015** | | | | | | | | 1,555.00 |

Sheet no. __3___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                32,826.61

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation**                                    , Case No. _____

                                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | 12/31/06 | | | | | | |
| Country Gas Co. 4010 Highway 14 Crystal Lake, IL 60014 | - | | | | | | | 46.67 |
| Account No. | | | | | | | | |
| Craft Concrete Products 134 S. Highway 14 Cary, IL 60013 | - | | | | | | | 20.00 |
| Account No. **942** | | 01/09/06 thru 11/30/06 services and late charges | | | | | | |
| D & P Construction Co. 8601 W. Bryn Mawr Ave. Chicago, IL 60631 | | | | | | | | 92,282.44 |
| Account No. | | 6/14/06 | | | | | | |
| Edward Hospital 801 S. Washington St. Naperville, IL 60540 | - | | | | | | | 1,156.25 |
| Account No. | | 10/27/06 | | | | | | |
| Exact Conveyor Services 216 Graceland Suite K Crystal Lake, IL 60014 | - | | | | | | | 1,195.00 |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **94,700.36**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Ibarras Cement Company, an Illinois Corporation**                          ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | - | | | | | | |
| **Extreme Ford Kia** | | | | | | | | 276.02 |
| Account No. | | - | | 9/13/06 thru 11/22/06 | | | | |
| **Fed Ex** **P.O. Box 94515** **Palatine, IL 60094** | | | | | | | | 244.95 |
| Account No. | | - | | | | | | |
| **Fleet One** | | | | | | | | 1,400.00 |
| Account No. | | - | | 5/31/06 | | | | |
| **Flood Testing Labs** **1945 E. 87th** **Chicago, IL 60617** | | | | | | | | 1,010.00 |
| Account No. | X | - | | 9/26/06 union fund | | | | |
| **Fox Valley Laborers' Health and Wel** **c/o Michele M. Reynolds** **8 South Michigan Avenue,  19th Floo** **Chicago, IL 60603** | | | | | | | | 64,347.00 |

Sheet no. __5___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,277.97

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation** , Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Hilti** | - | | | | | | | 1,695.28 |
| Account No.<br><br>**Hinckley Springs**<br>**6055 S. Harlem Ave**<br>**Chicago, IL 60638** | - | | | | | | | 174.73 |
| Account No. **2423**<br><br>**HJ Mohr and Sons**<br>**c/o Nicola S. Tancredi**<br>**Two N. TransAm Plaza Dr., Suite 250**<br>**Oakbrook Terrace, IL 60181** | - | | | **04/15/06 thru 04/30/06**<br>**ready-mix** | | | | 24,783.59 |
| Account No.<br><br>**Home Depot** | - | | | | | | | 3,361.27 |
| Account No.<br><br>**Hortencia Ibarra**<br>**1324 11th Ave.**<br>**Belvidere, IL 61008** | - | | | | X | | | **Unknown** |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 30,014.87 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation**                              ,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Hyphen Solutins, Ltd. 5055 Keller Springs Addison, TX 75001 | - | | | | | | | 210.00 |
| Account No. | | | | | | | | |
| Illinois Conveyor Service 21 W. 171 Hill Ave Glen Ellyn, IL 60137 | - | | | | | | | 870.50 |
| Account No. | | | | charges for license plates | | | X | |
| Illinois Secretary of State Vehicle Services 501 South 2nd  Street - Rm 312 Springfield, IL 62756 | - | | | | | | | 6,000.00 |
| Account No. | | | | 4/17/06 thru7/31/06 | | | | |
| International Hauling & Excavating 485 Frontage Road Suite 105 Willowbrook, IL 60527 | - | | | | | | | 7,223.20 |
| Account No. | | | | 12/16/05 thru 11/30/06 | | | | |
| JKS Ventures, Inc. (Ricky's) 2035 Indian Boundary Drive Melrose Park, IL 60160 | - | | | | | | | 10,824.37 |

Sheet no. __7___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           25,128.07

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Ibarras Cement Company, an Illinois Corporation**                                ,      Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x1805** <br><br> **John D. Rebik & Ass.** <br> **35W388 Miller Road** <br> **Dundee, IL 60118** | | - | | **7/12/06 and 7/13/06** <br> **stake and grade foundation** | | | | 1,480.00 |
| Account No. **xxxxx66-00** <br><br> **Komatsu Financial** <br> **P.O. Box** <br> **Chicago, IL 60693** | | - | | | | | | 14,997.76 |
| Account No. <br><br> **Konika Minolta** | | - | | **10/18/06** | | | | 326.14 |
| Account No. <br><br> **Leach Enterprises, Inc.** <br> **4304 Rte. 176** <br> **Crystal Lake, IL 60014** | | - | | **5/31/06 thru 11/30/06** | | | | 5,662.40 |
| Account No. <br><br> **Lee Auto Parts, Inc.** <br> **c/o Nathaniel D. Lawrence** <br> **2835 N. Sheffield, #232** <br> **Chicago, IL 60657** | X | - | | **12/12/06** <br> **business materials** | | | | 7,250.00 |

Sheet no. __8__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    29,716.30

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation**          , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 5/27/06 thru 9/30/06 | | | | |
| Lee Jensen Sales 101 W. Terra Cotta Ave Crystal Lake, IL 60014 | | - | | | | | 2,637.84 |
| Account No. | | | 3/17/06 | | | | |
| Leroy's Lawn Equipment | | - | | | | | 29.78 |
| Account No. | | | 11/30/06 | | | | |
| Lindahl Bros. Inc. 622 East Green Street Bensenville, IL 60106 | | - | | | | | 128.49 |
| Account No. | | | 10/6/05 thru 5/9/06 waterproofing materials | | | | |
| Mar-Flex 6866 Chrisman Lane Middletown, OH 45042 | | - | | | | | 27,388.12 |
| Account No. | | | 9/14/05 thru 1/17/06 business materials | | | | |
| McCann Industries, Inc. c/o Nigro & Westfall, P.C. 1793 Bloomingdale Road Glendale Heights, IL 60139 | X | - | | | | | 77,536.61 |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          107,720.84

Official Form 6F (10/06) - Cont.

In re    **Ibarras Cement Company, an Illinois Corporation**                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **McHenry County Supply** <br> **2022 S. Rte. 31** <br> **McHenry, IL 60050** | | - | **6/22/06 thru 11/30/06** | | | | 33,776.46 |
| Account No. <br><br> **Meyer Material Co.** <br> **c/o Raphael Yalden, Yalden, Olsen &** <br> **1318 East State Street** <br> **Rockford, IL 61104** | X | - | **5/31/05 thru 8/31/06 construction materials** | | | | 1,417,500.62 |
| Account No. <br><br> **Minolta Business Solutions** <br> **20284 N. Rand Road** <br> **Palatine, IL 60074** | | - | **9/06/06** | | | | 139.52 |
| Account No. <br><br> **Multiple Concrete Acces. Corp.** <br> **20284 N. Rand Road** <br> **Palatine, IL 60067** | X | - | **08/11/2006 mechanic's lien, escape ladder and window well grates** | | | | 4,730.05 |
| Account No. <br><br> **New Chicago State Currency Exchange** <br> **c/o Sorman & Frankel, Ltd./D. Frank** <br> **203 N. LaSalle Street,  Suite 2350** <br> **Chicago, IL 60601** | X | - | **07/20/06 Payroll check to Hector Hernandez** | | | | 917.75 |

Sheet no. __**10**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,457,064.40**

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation** , Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | June 2006 and July 2006 | | | | |
| Nextel Communications P.O. Box 2020 Aurora, IL 60507 | - | | | | | | | 5,399.03 |
| Account No. | | | | | | | | |
| Nicor Gas P.O. Box 2020 Aurora, IL 60507 | - | | | | | | | 1,615.59 |
| Account No. | | | | 5/03/06 thru 09/22/06 services | | | | |
| Original Concrete Pumping Service c/o Lake Auditing Service 55 West Monroe, Suite 3590 Chicago, IL 60603 | | | | | | | | 10,374.07 |
| Account No. | | | | 7/18/06 thru 7/25/06 | | | | |
| Orzinga Indiana RMC 400 Blain Street Gary, IN 46406 | - | | | | | | | 20,882.64 |
| Account No. | | | | 10/31/05 thru 9/11/06 const. materials | | | | |
| Ozinga Chicago RMC, Inc. 2255 S. Lumber Street Chicago, IL 60616 | - | | | | | | | 458,820.91 |

Sheet no. __11__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

497,092.24

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation** ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Ozinga Illinois RMC, Inc.**<br>**18825 Old Grande Road**<br>**Mokena, IL 60448** | - | | | **3/23/06 thru 6/30/06**<br>**materials** | | | | 89,853.17 |
| Account No.<br><br>**Ozinga Transportation, Inc.**<br>**1901 S. Joliet Road**<br>**Suite A**<br>**Mokena, IL 60448** | - | | | **5/6/06 thru 12/26/06** | | | | 16,485.97 |
| Account No.<br><br>**P.J.'s Concrete Pumping Service**<br>**22N366 Pepper Road**<br>**Barrington, IL 60010** | - | | | | | | | 231.00 |
| Account No.<br><br>**Pomp's Tire Svc.** | - | | | | | | | 4,067.12 |
| Account No.<br><br>**Prime Rate Premium Finance Co.** | - | | | | | | | 644.86 |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

111,282.12

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation**                    Case No. _____
                                                                    ,
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Pure Asphalt** <br>**3300 West 31st Street** <br>**Chicago, IL 60623** | - | | | | | | | **990.00** |
| Account No. **3771** <br><br>**R & J Construction Supply Company** <br>**c/o Michael G. Cortina, Ltd.** <br>**51 N. Williams Street** <br>**Crystal Lake, IL 60014** | - | | | 9/29/06 <br>supplies (returned check | | | | **13,420.70** |
| Account No. <br><br>**R.A. Adams Enterprises** <br>**2600 W. Rte. 120** <br>**Mchenry, IL 60051** | - | | | 5/31/06 | | | | **697.78** |
| Account No. <br><br>**Redi-Weld Manufacturing** <br>**8711 Pyott Road** <br>**Lake In The Hills, IL 60156** | - | | | | | | | **414.54** |
| Account No. <br><br>**Reliable Asphalt** <br>**3741 S. Pulaski Road** <br>**Chicago, IL 60623** | - | | | | | | | **4,721.83** |

Sheet no. __**13**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,244.85**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Ibarras Cement Company, an Illinois Corporation**                        ,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **IBCE** <br><br>**RKD Construction Supplies and Equip c/o Nigro & Westfall 1793 Bloomingdale Road Glendale Heights, IL 60139** | - | | 5/23/06  3/22/06 construction supplies | | | | 2,887.31 |
| Account No. <br><br>**Rockford Ind. Welding Supply 1050 Nimco Dr. Crystal Lake, IL 60014** | - | | 5/31/06 thru 9/30/06 | | | | 403.68 |
| Account No. <br><br>**Roland Machinery Co. 816 North Dirksen Parkway Springfield, IL 62702** | - | | 4/17/06 thru 8/5/06 | | | | 1,265.71 |
| Account No. <br><br>**Rotec Industries, Inc. 333 West Lake Street Elmhurst, IL 60126** | - | | 6/8/06 thru 10/31/06 | | | | 18,448.50 |
| Account No. <br><br>**Route 12 Rental Company 1306 E. Rand Road Arlington Heights, IL 60004** | - | | 5/6/06 thru 11/11/06 | | | | 718.88 |

Sheet no. __**14**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,724.08**

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation** ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Sherman Benefit Manager** | - | | | | | | | 450.50 |
| Account No. **Smith Ready Mix, Inc.** P.O. Box 489 Valparaiso, IN 46384 | - | | | 4/17/06 thru 12/31/06 | | | | 8,217.06 |
| Account No. **South Lawndale Properties** P.O. Box 828 Waukesha, WI 53187 | - | | | 4/17/06 thru 12/31/06 | | | | 500.00 |
| Account No. xxx2546 **Spancrete Group, Inc.** P.O. Box 828 Waukesha, WI 53187-0828 | - | | | 10/16/06 buisness materials | | | | 6,480.00 |
| Account No. xxxxx8420 **Sprint** c/o GC Services Collection Ag P.O. Box 2667 (056) Houston, TX 77252 | - | | | 2006 phone services | | | | 8,980.99 |
| Sheet no. __15__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 24,628.55 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation** ,          Case No. _____
                                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx7-001** | | | **equipment** | | | | |
| **Stearns Bank, N.A.** **P.O. Box 750** **Albany, MN 56307** | - | | | | | | **5,553.85** |
| Account No. | | | **6/28/06 thru 9/1/06** | | | | |
| **Strata-Tech, Inc.** **3601 104th St.** **Urbandale, IA 50322** | - | | | | | | **1,347.86** |
| Account No. | | | **5/8/06 thru 8/28/06** | | | | |
| **Super Mix** **5435 Bull Valley Road** **Suite 130** **Mchenry, IL 60050** | - | | | | | | **16,142.21** |
| Account No. | | | **6/23/06 thru 12/31/06** | | | | |
| **Super Mix of WI, Inc.** **5435 Bull Valley Road** **Suite 130** **Mchenry, IL 60050** | - | | | | | | **18,699.86** |
| Account No. | | | | | | | |
| **Tenorio Tire Shop** **3440 S. Western Avenue** **Chicago, IL** | - | | | | | | **26.10** |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **41,769.88**

Official Form 6F (10/06) - Cont.

In re **Ibarras Cement Company, an Illinois Corporation**                    ,    Case No. _____

                                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 6/15/06 thru 1/15/07 | | | | |
| **Terrace Supply Company** P.O. Box 5022 Villa Park, IL 60181 | | - | | | | | | 441.62 |
| Account No. | | | | | | | | |
| **The Bug Man, Inc.** | | - | | | | | | 85.00 |
| Account No. **x3299** | | | | **2006** **gravel and sand** | | | | |
| **Thelen Sand & Gravel, Inc.** c/o Donald C. Stinespring & Associa P.O. Box 382 Richmond, IL 60071-0382 | X | - | | | | | | 171,239.00 |
| Account No. | | | | **unkown** | | | | |
| **Transplatinum DBA Fleetone** c/o Euler Hermes UMA 600 South 7th Street Louisville, KY 40201 | X | - | | | | | | 1,662.54 |
| Account No. | | | | | | | | |
| **United Concrete McHenry, Inc.** 2121 S. River Road Mchenry, IL 60050 | | - | | | | | | 1,330.92 |

Sheet no. __17__ of __19__ sheets attached to Schedule of                                    Subtotal                   174,759.08
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

Official Form 6F (10/06) - Cont.

In re  **Ibarras Cement Company, an Illinois Corporation**                    ,    Case No. _____
                                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx1219**<br><br>**United Construction Prod., Inc.**<br>**1700 Quincy Avenue**<br>**Naperville, IL 60540** | | - | | | **04/06/06 thru12/31/06** | | | | 126,989.76 |
| Account No. **xxx1985**<br><br>**Vulcan Construction Materials**<br>**c/o Patrick Mazza & Assoc.**<br>**290 South Main Place,  #101**<br>**Carol Stream, IL 60188** | X | - | | | **05/09/06 thru 8/22/06** | | | | 187,205.86 |
| Account No.<br><br>**Waste Management/Garbage**<br>**1411 Opus Place**<br>**Suite 400**<br>**Downers Grove, IL 60515** | | - | | | **8/1/06 thru 11/2/06** | | | | 1,791.63 |
| Account No.<br><br>**Watkins Motor Lines, Inc.** | | - | | | | | | | 337.11 |
| Account No.<br><br>**Welsh Red-E-Mix**<br>**806 Gardner Street**<br>**Joliet, IL 60433** | | - | | | | | | | 8,154.83 |

Sheet no. _**18**_ of _**19**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **324,479.19**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Ibarras Cement Company, an Illinois Corporation**                                    ,    Case No. _____

                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Wheeling Reproductions** | - | | | | | | 33.90 |
| Account No.  **Whitcomb Trucking, Inc. 4105 Montdale Park Drive Valparaiso, IN 46383** | - | | 10/31/06 thru 11/3/06 | | | | 1,745.60 |
| Account No.  **Whitey's Towing, Inc. 520 Cary-Algonquin Road Cary, IL 60013** | - | | 3/29/06 thru 8/9/06 | | | | 1,140.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,919.50 |
| | Total (Report on Summary of Schedules) | 3,377,673.16 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6G
(10/05)

In re  **Ibarras Cement Company, an Illinois Corporation** ,   Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Robert MIller**<br>**3702 US Highway 14**<br>**Crystal Lake, IL 60014** | **Lease for premises -** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6H
(10/05)

In re    **Ibarras Cement Company, an Illinois Corporation**                              ,    Case No. _____
                                                                      Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hortencia Ibarra**<br>**8863 Weber Road**<br>**Ridott, IL 61067** | **Meyer Material Co.**<br>**c/o Raphael Yalden, Yalden, Olsen &**<br>**1318 East State Street**<br>**Rockford, IL 61104** |
| **Hortencia Ibarra**<br>**8863 Weber Road**<br>**Ridott, IL 61067** | **Thelen Sand & Gravel, Inc.**<br>**c/o Donald C. Stinespring & Associa**<br>**P.O. Box 382**<br>**Richmond, IL 60071-0382** |
| **Ibarras Concrete Co.** | **Citicorp Vendor Finance, Inc.**<br>**P.O Box 7247-0322**<br>**Philadelphia, PA 19170-0322** |
| **Jose A. Ibarra**<br>**3403 Green Pastures Road**<br>**Carpentersville, IL 60110-3211** | **Vulcan Construction Materials**<br>**c/o Patrick Mazza & Assoc.**<br>**290 South Main Place, #101**<br>**Carol Stream, IL 60188** |
| **Juan Jose Ibarra**<br>**3 Lake Drive**<br>**Lake In The Hills, IL 60156** | **Vulcan Construction Materials**<br>**c/o Patrick Mazza & Assoc.**<br>**290 South Main Place, #101**<br>**Carol Stream, IL 60188** |
| **Leonardo Ibarra**<br>**2991 Melbourne Lane**<br>**Lake In The Hills, IL 60156** | **Lee Auto Parts, Inc.**<br>**c/o Nathaniel D. Lawrence**<br>**2835 N. Sheffield, #232**<br>**Chicago, IL 60657** |
| **Leonardo Ibarra**<br>**2991 Melbourne**<br>**Lake In The Hills, IL 60156** | **Fox Valley Laborers' Health and Wel**<br>**c/o Michele M. Reynolds**<br>**8 South Michigan Avenue, 19th Floo**<br>**Chicago, IL 60603** |
| **Leonardo Ibarra**<br>**2991 Melbourne Lane**<br>**Lake In The Hills, IL 60156** | **McCann Industries, Inc.**<br>**c/o Nigro & Westfall, P.C.**<br>**1793 Bloomingdale Road**<br>**Glendale Heights, IL 60139** |
| **Leonardo Ibarra**<br>**2991 Melbourne Lane**<br>**Lake In The Hills, IL 60156** | **Meyer Material Co.**<br>**c/o Raphael Yalden, Yalden, Olsen &**<br>**1318 East State Street**<br>**Rockford, IL 61104** |
| **Leonardo Ibarra**<br>**2991 Melbourne Lane**<br>**Lake In The Hills, IL 60156** | **Thelen Sand & Gravel, Inc.**<br>**c/o Donald C. Stinespring & Associa**<br>**P.O. Box 382**<br>**Richmond, IL 60071-0382** |

  __1__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re  **Ibarras Cement Company, an Illinois Corporation** _____,    Case No. _____
                                                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Leonardo Ibarra**<br>**2991 Melbourne Lane**<br>**Lake In The Hills, IL 60156** | **New Chicago State Currency Exchange**<br>**c/o Sorman & Frankel, Ltd./D. Frank**<br>**203 N. LaSalle Street,  Suite 2350**<br>**Chicago, IL 60601** |
| **Leonardo Ibarra**<br>**2991 Melbourne Lane**<br>**Lake In The Hills, IL 60156** | **Vulcan Construction Materials**<br>**c/o Patrick Mazza & Assoc.**<br>**290 South Main Place,  #101**<br>**Carol Stream, IL 60188** |
| **Leonardo Ibarra**<br>**2991 Melbourne**<br>**Lake In The Hills, IL 60156** | **Transplatinum DBA Fleetone**<br>**c/o Euler Hermes UMA**<br>**600 South 7th Street**<br>**Louisville, KY 40201** |
| **Modesta Rodriguez** | **Thelen Sand & Gravel, Inc.**<br>**c/o Donald C. Stinespring & Associa**<br>**P.O. Box 382**<br>**Richmond, IL 60071-0382** |
| **North Community Bank**<br>**Chicago, IL 60613** | **Multiple Concrete Acces. Corp.**<br>**20284 N. Rand Road**<br>**Palatine, IL 60067** |
| **Sorin Vlad**<br>**6610 E. Prairie Road**<br>**Lincolnwood, IL 60712** | **Multiple Concrete Acces. Corp.**<br>**20284 N. Rand Road**<br>**Palatine, IL 60067** |
| **Super Mix, Inc** | **Meyer Material Co.**<br>**c/o Raphael Yalden, Yalden, Olsen &**<br>**1318 East State Street**<br>**Rockford, IL 61104** |
| **Unknown owers and Non-record claima** | **Meyer Material Co.**<br>**c/o Raphael Yalden, Yalden, Olsen &**<br>**1318 East State Street**<br>**Rockford, IL 61104** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Ibarras Cement Company, an Illinois Corporation__

Debtor(s)

Case No. _____

Chapter __7__ _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___35___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date __April 12, 2007__ _____    Signature __/s/ Leonardo Ibarra__ _____

__Leonardo Ibarra__
__President__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Ibarras Cement Company, an Illinois Corporation**                    Case No.    _____
                                                            Debtor(s)       Chapter    **7**    _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **Business operations - year to date --** |
| **$0.00** | **Business operations - 2006 --- (return is being prepared at time of this filing. Information will be provided as soon as it is available.)** |
| **$-77,990.00** | **2005 business income ----(77,990.00)** |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Meyer Material Company vs. Ibarras Cement Co., Inc, et al ---06-LA-269** | **collection** | **19th Circuit - McHenry County** | **Judgment** |
| **US Bank National Association, As Trustee for the Structured Asset Investment Load Trust, 2006-2 vs. Leonardo Ibarra; Hortencia Ibarra; Super Mix, Inc.; Unknown Owners and Non-Record Claimants No. 06 CH 168** | **Motion to Intervene** | **Circuit Court of the 15th Judicial Circuit Spephenson County, IL** | **Debtor** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fox Valley Laborers' Health and Welfare Fund Fox Valley Laborers' Pension Fund v. Ibarras Cement and Leonardo Ibarra Case No.:   05-C 6585** | collection | **US District Court for the Northern District of Illinois, Eastern Division** | |
| **Cement Masons Pension Fund, Local 502 v. Ibarras Cement Co., Case No. 06 C 3116** | collection | **US District Court, Northern District of Illinois, Eastern Division** | |
| **Lee Auto Parts, Inc., v. Leonardo Ibarra, ind. and d/b/a Ibarra's Cement Co. Case No. 06M1-189390** | collection | **Circuit Court of Cook County, IL, First Municipal District** | pending |
| **Barge Terminal Trucking, Inc. v. Ibarras Cement Company, Inc. Case No., 06 LA 236** | collection | **State of Illinois, Circuit Court of the 19th Judicial Circuit, McHenry County** | Judgment |
| **RKD Construction Supplies and Equipment, Inc., vs. Ibarras Cement Co., Inc., Leonard J. Ibarras and Hortencia Ibarras,  Case No., 2006SC007500** | **Summons** | **US, State of Illinois,County of Dupage, Circuit Court of the Eighteenth Judicial Circuit** | pending |
| **Ozinga Illinois Rady Mix Concrete In., vs. Ibarras Cement Co., Inc, and Leonardo J. Ibarra Case No. 06 LA 268** | collection | **State of Illinois, Circuit Court of the 19th Judicial Circuit, County of McHenry** | pending |
| **New Chicago State Currency Exchange, Inc. v. Ibarras Cement Co., and Leonardo J. Ibarras Case No., 06M1 194369** | collection | **Circuit Court of Cook County, IL., First Municipal District** | pending |
| **Vulcan Construction Materials :P d/b/a Vulcan Materials Company vs. Ibarra Concrete Company, Juan Jose Ibarra, Leonardo Ibarra, and Jose A. Ibarra Case No., 2006L001108** | collection | **State of Illinois, Circuit Court of the Eighteenth Judicial Circuit, County of DuPage** | pending |
| **Trustees of the Regional Council of Carpenters Pension Fund v. Ibarras Cement Co., Inc. Case No., 07C 0427** | collection | **US District Court , Northern District of Illinois** | pending |
| **Mc Cann Industries Inc VS Ibarras Cement  06 L526** | **Collection** | **County of Dupage** | Pending |
| **R & J Construction Supply VS Ibarras Cement Co  07 AR 153** | **Collection** | **County Mc Henty** | Pending |
| **Thelen Sand & Gravel vs. Ibarra Cement -- 07-LA 19** | collection | **McHenry County** | pending |
| **Beverly Materials  vs. Ibarra s Cement Co.** | collection | **unknown** | pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Catom Trucking VS Ibarras Cement** | **Collection** | **Unknow** | **Pending** |
| **D&P Construction C o VS Ibarras Cement** | **Collection** | **Unknown** | **Pending** |
| **Ozinga Cement Co VS Ibarras Cement** | **Collection** | **Judgment** | **Pending** |
| **Mar Flex Systems VS Ibarras Cement** | **Collection** | **Unknown** | **Judgment** |
| **cca west (DBA/ chicago Con VS Ibarras Cement** | **Collection** | **Unknown** | **Judgment** |
| **Nicor Gas Company VS Ibarras Cement** | **Collection** | **Unknown** | **Judgment** |
| **United Construction Products, Inc. vs. Ibarras Cement Co., Inc, et al** | **Mechanic Lien Claims** | **Cook and DuPAge Counties** | **filed. Liens to be provided upon request** |
| **Mike Shales et al vs. Ibarras Cement Co., Inc. et al** | **Collection -** | **US DIstrict Court Northern District of Illinois Eastern Division** | **post judgment** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Trustee of Cement Masons C/O Donald Schwartz Arnold & Kadjan 19 West JAckson Chicago, IL 60604** | **January 24, 2007** | **funds on deposit - JP Morgan Chase Bank, NA - POB 2808 - Baton Rouge, LA 70826** |
| **Barge Terminal Trucking, Inc. c/o Timothy J. Edmier 2222 Chestnut Avenue, Suite 201 Glenview, IL 60026** | **November 28, 2006 (approx estimate)** | **funds on deposit - Chase Account** |
| **Barge Terminal Trucking, Inc. c/o Timothy J. Edmier 2222 Chestnut Avenue, Suite 201 Glenview, IL 60026** | **NOvember 2006** | **Baxter Credit Union - funds** |

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Stearns Bank, N.A. P.O. Box 750 Albany, MN 56307** | **March 2007** | **Two Bobcats - approximate value aggregate --- $20,000.00** |

5

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Theft of one Bobcat tractor in or about August 2006 - value was approximately $10,000.00. Police report filed** | **Theft of equipment from 34th and Lawndale - stolen at night after work hours. Partial insurance recovery** | **August 2006 (approx)** |

**9. Payments related to debt counseling or bankruptcy**

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Deborah K. Ebner 11 East Adams Street Chicago, IL 60603** | **March 2006 - paid by ------ $** | **$3,500.00 plus costs** |

6

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None  ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None  ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None  ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|                          | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS    | GOVERNMENTAL UNIT   | NOTICE  | LAW           |

None  ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|                          | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS    | GOVERNMENTAL UNIT   | NOTICE  | LAW           |

None  ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                         DOCKET NUMBER                          STATUS OR DISPOSITION

8

**18 . Nature, location and name of business**

None

☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Ibarra Cement** | **20-0676552** | **3712 NW Highway Crystal Lake, IL 60014** | **concrete business** | **March 2004 - December 2006** |

None

■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None

☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Rashme Sham**                                                    **March 2004 though present**
**5331 West 31st Street**
**Cicero, IL 60804**

None

☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Cement Masons,  rep. Donald D. Schw** | **19 West Jackson Blvd Chicago, IL 60660** | **approx. July 2006** |
| **Fox Valley Laborers' Health and Wel** | **c/o Michele M. Reynolsd 8 South Michigan Avenue,  19th Floo Chicago, IL 60603** | **approx. November 2006** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Ibarra Cement** | **3712 NW Highway** |
| **on premises** | **Crystal Lake, IL 60014** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                        (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                     NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                      RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS               NATURE OF INTEREST               PERCENTAGE OF INTEREST

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Leonardo Ibarra** | **President** | **100%** |
| **8863 East Weber Road** | | |
| **Ridott, IL 61067** | | |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS               TITLE               DATE OF TERMINATION

10

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **April 12, 2007**                    Signature    **/s/ Leonardo Ibarra**
                                                          **Leonardo Ibarra**
                                                          **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re **Ibarras Cement Company, an Illinois Corporation**

Case No. _____

Debtor(s)

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................ $ _____3,701.00

   Prior to the filing of this statement I have received............................................... $ _____3,701.00

   Balance Due................................................................................................................ $ _____0.00

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):   **third party (Gonsalo Saucedo)  - paid $4,000.00 towards fees and costs. Hourly charges to be appplied against retainer at hourly rate of $350.00 -**

3. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):   **see above - third party to pay hourly**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 12, 2007**

**/s/ Deborah K. Ebner**
**Deborah K. Ebner 6181615**
**Law Office of Deborah K. Ebner**
**11 East Adams Street 8th Floor**
**Chicago, IL 60603**
**312-922-3838  Fax: 312-922-8722**
**dkebner@deborahebnerlaw.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Ibarras Cement Company, an Illinois Corporation**

                                     Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:         **128**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 12, 2007**

            **/s/ Leonardo Ibarra**
            **Leonardo Ibarra**/President
            Signer/Title

Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Adams Steel Service Inc.
3003 West Route 120
Mchenry, IL 60050


Alexander Lumber Co.
100 Barney Drive
Joliet, IL 60435


Algonquin Township
3702 US Highway 14
Crystal Lake, IL 60014


Allocco & Miller
3409 North Paulina Street
Chicago, IL 60657


American Chartered Bank
932 West Randolph Street
Chicago, IL 60607


Armark Uniform Service
P.O. Box 7177
Rockford, IL 61126


AT&T
P.O. Box 9001310
Louisville, KY


Barge Terminal Trucking, Inc.
c/o Timothy J. Edmier
2222 Chestnut Avenue,  Suite 201
Glenview, IL 60026


Barnes Distribution


Beverly Materials

Boncosky Oil Co.
739N. State Street
Elgin, IL 60123


Botts Welding & Trk Service
P.O. Box 430
Woodstock, IL


Carpenters Pension Fund
c/o Whitfield & McGann
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601


Carpenters Pension Fund
c/o Whitfield & McGann
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601


Catom Trucking, Inc
c/o Bernard K. Weiler, Mickey, Wils
2111 Plum Street, Suite 201
Aurora, IL 60506


Cement Masons Pension Funds
c/o Donald Schwartz - Arnold & Kadj
19 West Jackson
Chicago, IL 60604


Cement Masons,  rep. Donald D. Schw
19 West Jackson Blvd
Chicago, IL 60660


Cingular Wireless-Chicago
c/o Bureau of Collection Recovery,
7575 Corporate Way
Eden Prairie, MN 55344


Citicorp Vendor Finance, Inc.
P.O Box 7247-0322
Philadelphia, PA 19170-0322


Construction Testing Service

Contractors Adjustment Co.
570 Lake Cook Road
Suite 305
Deerfield, IL 60015


Country Gas Co.
4010 Highway 14
Crystal Lake, IL 60014


Craft Concrete Products
134 S. Highway 14
Cary, IL 60013


D & P Construction Co.
8601 W. Bryn Mawr Ave.
Chicago, IL 60631


Edward Hospital
801 S. Washington St.
Naperville, IL 60540


Exact Conveyor Services
216 Graceland
Suite K
Crystal Lake, IL 60014


Extreme Ford Kia


Fed Ex
P.O. Box 94515
Palatine, IL 60094


Fleet One


Flood Testing Labs
1945 E. 87th
Chicago, IL 60617


Ford Motor Credit Company
P.O. Box 6508
Mesa, AZ 85216

Fox Valley Laborers' Health and Wel
c/o Michele M. Reynolds
8 South Michigan Avenue, 19th Floo
Chicago, IL 60603


Fox Valley Laborers' Health and Wel
c/o Michele M. Reynolsd
8 South Michigan Avenue, 19th Floo
Chicago, IL 60603


Hilti


Hinckley Springs
6055 S. Harlem Ave
Chicago, IL 60638


HJ Mohr and Sons
c/o Nicola S. Tancredi
Two N. TransAm Plaza Dr., Suite 250
Oakbrook Terrace, IL 60181


Home Depot


Hortencia Ibarra
1324 11th Ave.
Belvidere, IL 61008


Hortencia Ibarra
8863 Weber Road
Ridott, IL 61067


Hortencia Ibarra
8863 Weber Road
Ridott, IL 61067


Hyphen Solutins, Ltd.
5055 Keller Springs
Addison, TX 75001


Ibarras Concrete Co.

Illinois Conveyor Service
21 W. 171 Hill Ave
Glen Ellyn, IL 60137


Illinois Department of Employment
260 East Indian Trail Rd
Aurora, IL 60505


Illinois Secretary of State
Vehicle Services
501 South 2nd Street - Rm 312
Springfield, IL 62756


International Hauling & Excavating
485 Frontage Road
Suite 105
Willowbrook, IL 60527


JKS Ventures, Inc. (Ricky's)
2035 Indian Boundary Drive
Melrose Park, IL 60160


John D. Rebik & Ass.
35W388 Miller Road
Dundee, IL 60118


Jose A. Ibarra
3403 Green Pastures Road
Carpentersville, IL 60110-3211


Juan Jose Ibarra
3 Lake Drive
Lake In The Hills, IL 60156


Komatsu Financial
P.O. Box
Chicago, IL 60693


Komatsu Financial Limited Partnersh
POB 99303
Chicago, IL 60693-9309


Konika Minolta

```
Law Office of W.C. French
POB 572884
Houston, TX 77257


Leach Enterprises, Inc.
4304 Rte. 176
Crystal Lake, IL 60014


Lee Auto Parts, Inc.
c/o Nathaniel D. Lawrence
2835 N. Sheffield, #232
Chicago, IL 60657


Lee Jensen Sales
101 W. Terra Cotta Ave
Crystal Lake, IL 60014


Leonardo Ibarra
2991 Melbourne Lane
Lake In The Hills, IL 60156


Leonardo Ibarra
2991 Melbourne
Lake In The Hills, IL 60156


Leonardo Ibarra
2991 Melbourne Lane
Lake In The Hills, IL 60156


Leonardo Ibarra
2991 Melbourne Lane
Lake In The Hills, IL 60156


Leonardo Ibarra
2991 Melbourne Lane
Lake In The Hills, IL 60156


Leonardo Ibarra
2991 Melbourne Lane
Lake In The Hills, IL 60156


Leonardo Ibarra
2991 Melbourne Lane
Lake In The Hills, IL 60156
```

Leonardo Ibarra
2991 Melbourne
Lake In The Hills, IL 60156


Leroy's Lawn Equipment


Lindahl Bros. Inc.
622 East Green Street
Bensenville, IL 60106


Mar-Flex
6866 Chrisman Lane
Middletown, OH 45042


McCann Industries
38951 Eagle Way
Chicago, IL 60678


McCann Industries, Inc.
c/o Nigro & Westfall, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139


McCann Industries, Inc.
c/o Nigro & Westfall, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139


McHenry County Supply
2022 S. Rte. 31
McHenry, IL 60050


Meyer Material Co.
c/o Raphael Yalden, Yalden, Olsen &
1318 East State Street
Rockford, IL 61104


Minolta Business Solutions
20284 N. Rand Road
Palatine, IL 60074


Modesta Rodriguez

Multiple Concrete Acces. Corp.
20284 N. Rand Road
Palatine, IL 60067

New Chicago State Currency Exchange
c/o Sorman & Frankel, Ltd./D. Frank
203 N. LaSalle Street,  Suite 2350
Chicago, IL 60601

Nextel Communications
P.O. Box 2020
Aurora, IL 60507

Nicor Gas
P.O. Box 2020
Aurora, IL 60507

North Community Bank
Chicago, IL 60613

Original Concrete Pumping Service
c/o Lake Auditing Service
55 West Monroe, Suite 3590
Chicago, IL 60603

Orzinga Indiana RMC
400 Blain Street
Gary, IN 46406

Ozinga Chicago RMC, Inc.
2255 S. Lumber Street
Chicago, IL 60616

Ozinga Illinois RMC, Inc.
18825 Old Grande Road
Mokena, IL 60448

Ozinga Transportation, Inc.
1901 S. Joliet Road
Suite A
Mokena, IL 60448

P.J.'s Concrete Pumping Service
22N366 Pepper Road
Barrington, IL 60010


Pomp's Tire Svc.



Prime Rate Premium Finance Co.



Pure Asphalt
3300 West 31st Street
Chicago, IL 60623


R & J Construction Supply Company
c/o Michael G. Cortina, Ltd.
51 N. Williams Street
Crystal Lake, IL 60014


R.A. Adams Enterprises
2600 W. Rte. 120
Mchenry, IL 60051


Redi-Weld Manufacturing
8711 Pyott Road
Lake In The Hills, IL 60156


Reliable Asphalt
3741 S. Pulaski Road
Chicago, IL 60623


RKD Construction Supplies and Equip
c/o Nigro & Westfall
1793 Bloomingdale Road
Glendale Heights, IL 60139


Robert MIller
3702 US Highway 14
Crystal Lake, IL 60014


Rockford Ind. Welding Supply
1050 Nimco Dr.
Crystal Lake, IL 60014

Roland Machinery Co.
816 North Dirksen Parkway
Springfield, IL 62702


Rotec Industries, Inc.
333 West Lake Street
Elmhurst, IL 60126


Route 12 Rental Company
1306 E. Rand Road
Arlington Heights, IL 60004


Sherman Benefit Manager


Smith Ready Mix, Inc.
P.O. Box 489
Valparaiso, IN 46384


Sorin Vlad
6610 E. Prairie Road
Lincolnwood, IL 60712


South Lawndale Properties
P.O. Box 828
Waukesha, WI 53187


Spancrete Group, Inc.
P.O. Box 828
Waukesha, WI 53187-0828


Sprint
c/o GC Services Collection Ag
P.O. Box 2667 (056)
Houston, TX 77252


Stearns Bank, N.A.
P.O. Box 750
Albany, MN 56307


Stearns Bank, N.A.
P.O. Box 750
500 13th Street
Albany, MN 56307

Strata-Tech, Inc.
3601 104th St.
Urbandale, IA 50322


Super Mix
5435 Bull Valley Road
Suite 130
Mchenry, IL 60050


Super Mix of WI, Inc.
5435 Bull Valley Road
Suite 130
Mchenry, IL 60050


Super Mix, Inc


Tenorio Tire Shop
3440 S. Western Avenue
Chicago, IL


Terrace Supply Company
P.O. Box 5022
Villa Park, IL 60181


The Bug Man, Inc.


Thelen Sand & Gravel, Inc.
c/o Donald C. Stinespring & Associa
P.O. Box 382
Richmond, IL 60071-0382


Transplatinum DBA Fleetone
c/o Euler Hermes UMA
600 South 7th Street
Louisville, KY 40201


United Concrete McHenry, Inc.
2121 S. River Road
Mchenry, IL 60050


United Construction Prod., Inc.
1700 Quincy Avenue
Naperville, IL 60540

United States Dept. of Treasury
P.O. Box 55
Washington, DC 20044


Unknown owers and Non-record claima


Vulcan Construction Materials
c/o Patrick Mazza & Assoc.
290 South Main Place, #101
Carol Stream, IL 60188


Waste Management/Garbage
1411 Opus Place
Suite 400
Downers Grove, IL 60515


Watkins Motor Lines, Inc.


Welsh Red-E-Mix
806 Gardner Street
Joliet, IL 60433


Wheeling Reproductions


Whitcomb Trucking, Inc.
4105 Montdale Park Drive
Valparaiso, IN 46383


Whitey's Towing, Inc.
520 Cary-Algonquin Road
Cary, IL 60013

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Ibarras Cement Company, an Illinois Corporation**

Debtor(s)

Case No. _____

Chapter  **7**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Ibarras Cement Company, an Illinois Corporation**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 12, 2007** _____

Date

**/s/ Deborah K. Ebner** _____

**Deborah K. Ebner 6181615**

Signature of Attorney or Litigant

Counsel for  **Ibarras Cement Company, an Illinois Corporation**

**Law Office of Deborah K. Ebner**

**11 East Adams Street 8th Floor**

**Chicago, IL 60603**

**312-922-3838 Fax:312-922-8722**

**dkebner@deborahebnerlaw.com**